# Court of Appeals
# of the State of Georgia

ATLANTA,___April 09, 2013_____

*The Court of Appeals hereby passes the following order:*

## A13A1374. DAVID KING, JR., et al. v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, David King, Jr. appealed the magistrate court's decision to the superior court. The superior court subsequently entering an order dismissing King's appeal and ordering that a writ of possession be issued. King has now appealed the superior court's order directly to this Court.

Because King's appeal involved a de novo appeal from a magistrate court decision, he was required to follow the discretionary appeal procedure in order to appeal the ruling. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).[1] Accordingly, this appeal is DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_04/09/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, Clerk.

---

[1] Moreover, King's notice of appeal – which was filed 20 days after the superior court entered the writ of possession – is untimely. See OCGA § 44-7-56 (appeals from dispossessory judgments must be filed within seven days of the date judgment is entered).